IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | Crim. No. GJH-17-0498 |
| NELY RIDER | * | |

\* \* \* \* \* \* \*

## **CONSENT MOTION TO CONTINUE SENTENCING HEARING**

Defendant herein, Nely Rider, through her attorneys, James Wyda, Federal Public Defender for the District of Maryland, and Michael T. CitaraManis, Assistant Federal Public Defender, hereby moves this Court to continue her sentencing hearing scheduled for April 9, 2019, and modify the schedule for filing sentencing memoranda and notices of witnesses at sentencing. As discussed below, the government consents to the proposed continuance. In support of this motion, undersigned defense counsel state as follows:

1. Nely Rider has pleaded guilty to Count One of the Indictment herein, in which she is charged with Wire Fraud, in violation of 18 U.S.C. § 1343.

2. Sentencing is scheduled for April 9, 2019. Previously, Ms. Rider was represented by Assistant Federal Public Defender Lisa Lunt. In February of this year, Ms. Lunt left the Federal Public Defender's Office and undersigned defense counsel was reassigned Ms. Rider's case. Since then, undersigned defense counsel has taken up work begun by Ms. Lunt with a series of mental health experts. However, it has become apparent to defense counsel that the work of the experts cannot be completed in time so their findings are available to this Court for sentencing as currently scheduled. In addition, undersigned defense counsel is still in the process

of obtaining medical records pertaining to Ms. Rider as well as her husband. As a result, a continuance is necessary.

3. Earlier this week, undersigned defense counsel spoke with Special Assistant United States Attorney Kristen S. Taylor and proposed a continuance of at least three weeks in order to allow for the receipt of the medical records, completion of the reports, and preparation of sentencing memoranda. Ms. Taylor reported that the government consents to such a continuance. The parties therefore ask that sentencing be rescheduled to no earlier than the first week of May and that the due dates for sentencing memoranda be modified as follows: all sentencing memoranda, as well as any notices of witnesses to be called at the sentencing hearing, be filed no later than two weeks prior to sentencing, and any replies to sentencing memoranda be filed one week before sentencing.

WHEREFORE, undersigned defense counsel requests that this grant the consent motion as proposed herein.

Respectfully submitted,

JAMES WYDA
Federal Public Defender for
the District of Maryland


_____/s/_____
MICHAEL T. CITARAMANIS
Assistant Federal Public Defender
6411 Ivy Lane, Suite 710
Greenbelt, Maryland 20770
Telephone: (301) 344-0600
Fax: (301) 344-0019
E-mail: michael_citaramanis@fd.org