United States of America

vs.

Nely Rider

✓ FILED ___ ENTERED
___ LOGGED ___ RECEIVED

JUL 0 8 2019

AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND

BY _____ DEPUTY

Criminal No. GJH-178-0498        **Government Exhibits**

| Exhibit No. | Identification | Admitted | Description |
|---|---|---|---|
| 1 | JUL 0 8 2019 | JUL 0 8 2019 | Money Flow Chart |
| 2 | JUL 0 8 2019 | JUL 0 8 2019 | Rider Transactions |
| 3 | JUL 0 8 2019 | JUL 0 8 2019 | Incident Report |

Exhibit List (Rev. 3/1999)